AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 3:20-cr-00231-IM-2 |
| Gilberto Oropeza-Juarez | ) | USM No: 81990-065 |
| | ) | |
| Date of Original Judgment: 11/14/2022 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Michelle M. Sweet |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___30 months___ months **is reduced to** ___24 months___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___11/14/2022___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___01/18/2024___          ___/s/ Karin J. Immergut___
                                                      *Judge's signature*

Effective Date: ___02/01/2024___          ___Karin J. Immergut, U.S. Disrtict Judge___
                    *(if different from order date)*          *Printed name and title*